Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Docket No. 0208 1:11CR00938

Benito Valdez

On March 24, 2020, the above named was placed on Supervised Release for a period of 60 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Benito Valdez be discharged from Supervised Release.

Respectfully submitted,

by _____Noah Joseph_____
Noah Joseph
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __19__ day of __March__, 20__24__.

_____
Honorable John G. Koeltl
U.S. District Judge